UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-01130 |
| ) | |
| THE CITY OF CHICAGO, a Municipal ) | Honorable Martha Pacold |
| Corporation; JESSICA CHAIDEZ; Chicago Police ) | |
| Officers MICHELE WOOD, MICHAEL ) | Magistrate Sheila M. Finnegan |
| DEMARCO, JOSEPH LIPA, JACALYN DOYLE, ) | |
| JOSE OCAMPO, MARCO SIMONETTI, HENRY ) | |
| WILLABY, JOHN KOLORIS, Lieutenant Detective ) | |
| RAMIREZ, and as-yet Unknown City of Chicago ) | |
| Police Officers, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Michele Wood, John Korolis, Michael Demarco, Joseph Lipa, Jose Ocampo, Marco Simonetti, Jacalyn Doyle, Henry Willaby, and the City of Chicago, (collectively "defendants"), by and through one of their attorneys, Jordan F. Yurchich, Assistant Corporation Counsel Supervisor, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Northern District of Illinois, respectfully request that this Court grant summary judgment in their favor on all claims pled in plaintiff's second amended complaint.

Under Rule 56(a) of the Federal Rules of Civil Procedure, defendants move for summary judgment on all claims against them. Summary judgment is proper on plaintiff's claims as: (i) plaintiff does not have a viable Fourteenth Amendment Due Process claim; (ii) defendants had probable cause to detain plaintiff; (iii) defendants Lipa, Ocampo, Simonetti, Doyle, and Willaby were not personally

1

involved in the alleged constitutional deprivations; (iv) defendants were not the proximate cause of plaintiff's purported unlawful detention; (v) defendants are entitled to qualified immunity; (vi) there is no evidence that any defendant conspired against plaintiff in this case; and (vii) plaintiff's state law claims are long past the statute of limitations, in addition to failing on the merits of each claim. As a result, defendants are entitled to judgment in their favor as a matter of law. In support of this motion, defendants submit the attached memorandum, Rule 56.1 statement of uncontested facts, and exhibits, which are incorporated herein by reference.

DATED: January 13, 2023                      Respectfully submitted,

                                                     BY:     */s/ Jordan F. Yurchich*
                                                                JORDAN F. YURCHICH
                                                                Assistant Corporation Counsel Supervisor
                                                                Attorney No. 6307379

Jessica Griff, Chief Assistant Corporation Counsel
Jordan F. Yurchich, Assistant Corporation Counsel Supervisor
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
312.745.1625 (Phone)
Jordan.yurchich2@cityofchicago.org

2

## CERTIFICATE OF SERVICE

I hereby certify that, on **January 13, 2023**, I submitted with the Clerk for the Northern District of Illinois using the Court's electronic filing system or CM/ECF **Defendants' Motion for Summary Judgment**, and also mailed a copy to all counsel of record.

*/s/ Jordan F. Yurchich*
JORDAN F. YURCHICH
Assistant Corporation Counsel Supervisor
